UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN CREIGHTON, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 11 C 4372 |
| | ) | |
| vs. | ) | Judge Kennelly |
| | ) | Magistrate Judge Soat Brown |
| VILLAGE OF TINLEY PARK, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

To: Patrick H. O'Connor
Hartigan & O'Connor
20 North Clark Street, Suite 1250
Chicago, Illinois 60602

**PLEASE TAKE NOTICE** that on Friday, April 20, 2012, I have filed with the Clerk of the Court of the United States District Court for the Northern District of Illinois, Eastern Division, the accompanying **Offer of Judgment,** which is hereby accepted**.**

**CERTIFICATE OF SERVICE**

I, Lawrence V. Jackowiak, certify that on Friday, April 20, 2012, this notice and the above-described document were filed through the District Court's CM/ECF automated docketing system thereby causing service upon all counsel of record.

/s/ Lawrence V. Jackowiak
*Counsel for the Plaintiff*

Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois 60602
(312) 795-9595

1